# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER RELEASING MATERIAL WITNESS** |
| vs. | ) | |
| Dennis Michael Farrell, et al., | ) | Case No. 1:19-cv-045 |
| Defendants. | ) | |

On February 16, 2021, the court issued a material witness warrant for Jonathan Andrew Cordova ("Cordova"). (Doc. No. 252). Cordova was arrested in the District of Oregon. On April 29, 2021, he appeared before United States District Court for the District of Oregon, which ordered him detained and transported to the North Dakota. (Doc. No. 275-2).

On June 7, 2021, Cordova appeared before this court along with his court-appointed counsel, attorney Lloyd Suhr. (Doc. No. 289). On motion by Corodova, the court convened a detention hearing on June 25, 2021. (Doc. Nos. 294, 303 and 306). Pursuant to it its discussion with the parties at this hearing, the court continued the detention hearing and scheduled a status conference with the parties on July 1, 2021. (Doc. No. 307).

On July 1, 2021, the court held a status conference with the parties. At the outset of the conference, the United States advised that it no longer requires Cordova's testimony and that Cordova can be released from the material witness warrant issued by this court. Accordingly, Cordova is **ORDERED** released from federal custody.

Dated this 1st day of July, 2021.

                                                 */s/ Clare R. Hochhalter*
                                                 Clare R. Hochhalter, Magistrate Judge
                                                 United States District Court